```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    KEIRA D. LEWIS
 6
                    IN THE UNITED STATES DISTRICT COURT
 7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9  UNITED STATES OF AMERICA,     ) Mag. No. 05-0081-DAD
                                  )
10              Plaintiff,        )
                                  ) STIPULATION AND ORDER
11       v.                       )
                                  )
12  KEIRA D. LEWIS,               ) Date:  June 8, 2005
                                  ) Time:  10:00 a.m.
13              Defendant.        ) Judge: Hon. Dale A. Drozd
    _____ )
14
```

15      IT IS HEREBY STIPULATED and agreed to between the United States of
16 America through THOMAS E. FLYNN, Assistant U.S. Attorney, and
17 defendant, KEIRA D. LEWIS, by and through her counsel, LIVIA R.
18 MORALES, Staff Attorney, that the court trial set for June 13, 2005,
19 2005 be advanced and rescheduled for Wednesday, June 8, 2005 at 10:00.
20 Defense counsel has discussed this continuance with the defendant who
21 is also in agreement with new scheduled date.

22 Dated: June 1, 2005

                                    Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender

                                    /s/ Livia R. Morales
                                    _____
                                    LIVIA R. MORALES
                                    Staff Attorney
                                    Attorney for Defendant

1

```
                                        KEIRA D. LEWIS

DATED: June 1, 2005
                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        /S/ Thomas E. Flynn
                                        _____
                                        THOMAS E. FLYNN
                                        Assistant U.S. Attorney
```

## O R D E R

Good cause appearing, the same is hereby ordered.

DATED: June 2, 2005.

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/lewis0081.ord

2